UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Andrea Wilson,

    Plaintiff,

        v.                      Case No. 1:14cv593

Bridgewell Hospital/Evergreen, *et al.*,      Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 3, 2014 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 16) of the Magistrate Judge is hereby **ADOPTED**. Defendants Bridgewell Board of directors, Bridgewell Management Team, Glenna Coffey, Wonda Rice, Geoffery Webster's Motion to Dismiss is **GRANTED** and they are dismissed from the consolidated action. The Motion to Dismiss in case 1:14cv680 is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

                                     *s/Michael R. Barrett*
                                     Michael R. Barrett
                                     United States District Judge